# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3764

_____

| | | |
|---|---|---|
| Beverly Fox, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Northwest Airlines, Inc., a | * | District of Minnesota. |
| corporation under the laws of | * | |
| Minnesota, | * | [UNPUBLISHED] |
| | * | |
| Defendant-Appellee. | * | |

_____

Submitted: September 13, 2004
Filed: September 23, 2004

_____

Before RILEY, LAY, and SMITH, Circuit Judges.

_____

PER CURIAM.

We affirm the judgment of the district court,[1] which held that it lacked jurisdiction because the arbitration award was not final. On this basis, we dismiss the case without prejudice. Further we direct the Plaintiff that she may proceed in the

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

district court after she obtains a final award of arbitration.  At that time, she is free to document her petition with any other relevant material.

See 8th Cir. R. 47B.

_____